FILED ___ RECEIVED
___ ENTERED ___ SERVED ON
COUNSEL/PARTIES OF RECORD

DEC 1 0 2012

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * * * *

| | | |
|---|---|---|
| DALE A. THOMPSON, | ) | |
| Plaintiff, | ) ) ) | 2:12-CV-01659-RCJ-CWH |
| v. | ) ) | |
| U.S.A. GOVERNMENT, et al., | ) ) | ORDER |
| Defendants. | ) ) | |

The Court has considered the Report and Recommendation of United States Magistrate (ECF #2) entered on October 29, 2012, in which the Magistrate Judge recommends that the Court enter an order denying plaintiff's Application to Proceed in Forma Pauperis (ECF #1). The Court has considered the pleadings and memoranda of the parties and other relevant matters of record and has made a review and determination in accordance with the requirements of 28 U.S.C. § 636 and applicable case law, and good cause appearing, the court hereby

ADOPTS AND ACCEPTS the Report and Recommendation of the United States Magistrate Judge (ECF #2); therefore, plaintiff's Application to Proceed in Forma Pauperis (ECF #1) is DENIED.

IT IS SO ORDERED this 4th day of December, 2012.

ROBERT C. JONES
UNITED STATES DISTRICT JUDGE